■      In the Matter of MARSHALL, BRATTER, GREENE, ALLISON & TUCKER, Appellant. LINCOLN STEEL PRODUCTS, INC., Respondent.—In a special proceeding pursuant to section 475 of the Judiciary Law to determine and enforce an attorney's lien for services rendered, the petitioner appeals from a judgment of the Supreme Court, Westchester County, dated October 26,

1976, which dismissed the petition and directed it to return respondent's papers and books. Judgment affirmed, without costs or disbursements. We hold that the petitioner-appellant has not established that it is entitled to any attorneys' fees other than those already paid by the respondent. Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.